**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Margarito LIRA–LIRA, Defendant–**
**Appellant.**

**No. 08–10070.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 26, 2010.

Michael Logalbo, USTU–Office of The U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Rafael F. Gallego, Esquire, Law Offices of Rafael F. Gallego, Tucson, AZ, for Defendant–Appellant.

Before: BEEZER, TROTT, and BYBEE, Ninth Circuit Judges.

MEMORANDUM **

Margarito Lira–Lira appeals from his guilty-plea conviction and 72–month sentence imposed for possession with intent to distribute approximately 212 kilograms of marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lira–Lira's counsel has filed a brief stating there are no grounds for relief,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**